FILED

MAR 1 6 2007

UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

| | | |
|---|---|---|
| In re: | ) | BAP Nos. EC-06-1443 |
| | ) | EC-06-1444 |
| AARON D. LOOS and ALICE M. LOOS, | ) | (Related Appeals) |
| | ) | |
| Debtors. | ) | Bk. No. 03-24832-C-7 |
| _____ | ) | |
| | ) | Adv. Nos. 03-02402 |
| AARON D. LOOS, | ) | 03-02403 |
| | ) | |
| Appellant,[1] | ) | ORDER TRANSFERRING MOTION |
| v. | ) | TO UNITED STATES DISTRICT |
| | ) | COURT FOR LIMITED PURPOSE |
| STANLEY AYERS; BRIAN BANIQUED, | ) | OF RULING ON MOTION UNDER |
| | ) | 28 U.S.C. § 1915 |
| Appellees. | ) | |
| _____ | ) | |

FILED

MAR 21 2007

2:07mc0022 FCD

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

Before: MONTALI, DUNN and PAPPAS, Bankruptcy Judges.

The Panel has received and considered appellant's motion to proceed *in forma pauperis* and the supporting declaration. These related appeals are properly before the Bankruptcy Appellate Panel ("BAP") under 28 U.S.C. § 158. No party has filed an election to have the appeals heard by the United States district court under 28 U.S.C. § 158(c). At present, jurisdiction lies with the BAP.

Under the holding of Perroton v. Gray (In re Perroton), 958 F.2d 889 (9th Cir. 1992) and Determan v. Sandoval (In re Sandoval), 186 B.R. 490, 496 (9th Cir. BAP 1995), the BAP has no authority to grant *in forma pauperis* motions under 28 U.S.C.

---

[1] Co-debtor Alice Loos also was named as an appellant, but because she has been granted her discharge and the order on appeal does not pertain to her, Mrs. Loos has been removed from the caption as an appellant.

§ 1915(a) because bankruptcy courts are not "court[s] of the United States" as defined in 28 U.S.C. § 451.

Therefore, appellant's motion is hereby TRANSFERRED to the United States District Court for the Eastern District of California, for the limited purpose of ruling on the motion to proceed in forma pauperis. It is appellant's responsibility to take all necessary steps to have this matter considered by the district court within sixty (60) days from the date of this order.

After the district court issues its decision, appellant is directed to notify the BAP of the district court ruling. If the district court denies the application, appellant will have twenty (20) days from the date of the district court order to pay the appeal filing fees to the clerk of the bankruptcy court or these appeals will be dismissed. If the fee is paid or the district court grants the motion to proceed in forma pauperis, these appeals will then proceed before the BAP.

For the convenience of the district court, copies of the motion, the notices of appeal and the orders on appeal are attached to this order.

ORIGINAL FILED

MAR 21 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

| | | |
|---|---|---|
| In re: | ) | BAP Nos.  EC-06-1443 |
| | ) | EC-06-1444 |
| AARON D. LOOS and ALICE M. LOOS, | ) | (Related Appeals) |
| | ) | |
| Debtors. | ) | Bk. No.  03-24832-C-7 |
| | ) | |
| | ) | Adv. Nos. 03-02402 |
| AARON D. LOOS, | ) | 03-02403 |
| | ) | |
| Appellant, | ) | |
| v. | ) | ORDER |
| | ) | |
| STANLEY AYERS; BRIAN BANIQUED, | ) | |
| | ) | |
| Appellees. | ) | |

FILED

MAR 1 6 2007

HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

Before: MONTALI, DUNN and PAPPAS, Bankruptcy Judges.

These related appeals have been reviewed. These appeals were commenced by notices of appeal filed on December 6, 2006, the same day that the bankruptcy court entered amended judgments in the two adversary proceedings that revoked the discharge of appellant Aaron Loos. We find the notices of appeal filed December 6, 2006, to be timely appeals from those amended judgments. To the extent that the BAP clerk's notices of deficiency issued December 27, 2006, suggest otherwise, those notices are hereby VACATED.

The Panel has reviewed the "Motion to [sic] Leave to Proceed in Forma Pauperis on Appeal" and the declaration in support. The Bankruptcy Appellate Panel has no authority to grant *in forma pauperis* motions under 28 U.S.C. § 1915(a). However, the district court has such authority. By separate order,

appellant's motion to proceed *in forma pauperis* will be transferred to the United States District Court for the Eastern District of California. The appeal filing fees must be resolved by either an order of the court or by payment of the fee before the Panel can issue a decision on the merits of these appeals.

Further, appellant has not filed his statement of issues, designation of the record or transcript notice for these appeals as required by Fed. R. Bankr. P. 8006 and the 9th Circuit BAP Rules. Such documents must be filed at the bankruptcy court within TWENTY-ONE (21) DAYS or these appeals will be dismissed for failure to prosecute. See 9th Cir. BAP R. 8070-1.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

```
FILED
12/07/06
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

In re  Aaron D. Loos and Alice M. Loos  )
)
)
)
)
_____Debtor(s)_____  )
)
Stanley Ayers                  )
)
Plaintiff(s),      )
vs.                            )
Aaron D. Loos and Alice M. Loos )
)
_____Defendant(s)_____ )

Bankruptcy Case No.  03-24832-C-7

Adversary Proceeding No. 03-2402-C

Motion Control No.

## NOTICE OF REFERRAL OF APPEAL TO THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

The attached notice of appeal has been filed with the Clerk of the U.S. Bankruptcy Court for the Eastern District of California.

**NOTICE IS HEREBY GIVEN** that by virtue of 28 U.S.C. §158, and orders of the Judicial Council of the Ninth Circuit and the U.S. District Court for the Eastern District of California, the appeal has been referred to the Bankruptcy Appellate Panel of the Ninth Circuit.

**NOTICE IS FURTHER GIVEN** that any party other than the appellant wishing to have the appeal heard by the U.S. District Court must, within 30 days of the date of this notice, file with the Clerk of the Bankruptcy Appellate Panel a separate written statement of election to transfer the appeal to the U.S. District Court for the Eastern District of California. Upon receipt of a timely statement of election, the Clerk of the Bankruptcy Appellate Panel shall transfer the appeal to the U.S. District Court for the Eastern District of California, in conformity with the foregoing orders and their provisions for election to district court.

For additional information, you may contact the Clerk of the Bankruptcy Appellate Panel for the Ninth Circuit at 125 S. Grand Ave., Pasadena, CA 91105 (telephone: (626) 229-7225).

Dated: 12/07/06

RICHARD G. HELTZEL, CLERK
U.S. BANKRUPTCY COURT
501 I Street, Suite 3-200
Sacramento, CA 95814-2322
(916) 930-4400
BY: _____
Deputy Clerk
BARBARA REYNOLDS

EDC 5-563 (Rev.1/30/06)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

```
FILED
12/07/06
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

In re Aaron D. Loos and Alice M. Loos )
)
)
)
)
_____Debtor(s)_____ )

Bankruptcy Case No. 03-24832-C-7

Adversary No. 03-2402-C

Motion Control No.

## CERTIFICATE OF MAILING

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the attached **Notice of Appeal and Notice of Referral of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit** were mailed today to the following parties at their respective address as shown in the Court's records:

Eric J. Farber
847 Sansome St Lower Level
San Francisco CA 94111

Aaron & Alice Loos
PO Box 826
Carmichael CA 95609

U.S. Trustee's Office
501 I St. Ste. 7-500
Sacramento CA 95814

BAP
125 S Grand Ave
Pasadena CA 91105

Dated: 12/07/06

BY: *Barbara Reynolds*
Deputy Clerk
BARBARA REYNOLDS

EDC 3-071 (9/02)



```
                                                    ORIGINAL FILED
 1  Recorded at request of,
    and to be returned when                              DEC - 6 2006
 2  recorded to:
 3                                                  UNITED STATES BANKRUPTCY COURT
    Aaron D. Loos pro per                           EASTERN DISTRICT OF CALIFORNIA
 4  PO Box 826
    Carmichael, CA. 965609
 5  916-487-3553
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO, DIVISION

| | |
|---|---|
| In re | Case No. 03-24832-C-07 |
| Aaron D. Loos And Alice M. Loos | Chapter 7 |
| Aaron D. Loos And Alice M. Loos | Adv. Proc. No. 03-2402-C |
| Defendant(s) | DEFENDANT(S) AARON D. LOOS'; ALICE M. LOOS' |
| vs. | |
| Stanley Ayers | |
| Plaintiff | |

**NOTICE OF APPEAL**

Aaron D. Loos And Alice M. Loos, the Defendant(s) appeals under 28 U.S.C. 158(a) or (b) from the judgment of the bankruptcy Judge, the Honorable David E. Russell entered in the adversary proceeding on the 17th Day of November 2006.

Defendant(s) request for this Notice of Appeal is factually out of the 10 day limit for standard filing. Under Federal Rule and Bankruptcy Procedure 8002(c) Defendant(s)' neglect is based upon the Amended and Erroneous Filing by the court of the final judgment entered upon November 21, 2006 and in the second part the Defendant(s) admit they have both been emotionally overwhelmed by this proceeding. Neither Debtor has either finished college or has pressed through a legal process to this enormous extent. The toll at this time of year, has failed to lend both hope and a timely filing. Defendant(s) look to the Court for its discretion in this matter.

*Ayers v. Loos*                                                              1

U.S. Bankruptcy Court, E.D. of California

Case Number: 03-24832-C-7

Notice of Appeal

The names of all the parties to the judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Plaintiff         Skip Ayers

                2261 Market St #286

                San Fransisco, CA. 94114

Attorney for Plaintiff Skip Ayers

                Eric Farber

                847 Sansome Street, Lower Level

                San Francisco, California 94111

                                          Respectfully Submitted,

Dated December 5, 2006

BY: _____

Aaron D. Loos
PO Box 826
Carmichael, CA. 965609
916-487-3553

Defendant


BY: _____

Alice M. Loos
PO Box 826
Carmichael, CA. 965609
916-487-3553

Defendant

*Ayers v. Loos*                                             2

U.S. Bankruptcy Court, E.D. of California

Case Number: 03-24832-C-7

Notice of Appeal



1 | Eric J. Farber, SBN 169472
Farber & Company Attorneys, LLP
2 | 847 Sansome Street, Lower Level
San Francisco, California 94111
3 | Telephone 415.434.5320



TJ

594897

4

Attorneys for Plaintiff/Creditor:
5 | Stanley Ayers

6

7

8                 UNITED STATES BANKRUPTCY COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | STANLEY AYERS                        Case No.: 03-24832-C-7
                                         Adv. No.: 032402-C ✓
12 |     Plaintiff/Creditor,
                                         [~~PROPOSED~~] JUDGMENT
13 | vs.                                  _DENYING DISCHARGE_
                                         _OF AARON D. LOOS_
14 | AARON D. LOOS; ALICE M. LOOS

15

16 |     Defendants/Debtor.

17

18      TO THE PARTIES HEREIN AND THEIR ATTONEYS OF RECORD:

19      The case of *Stanley Ayers v. Aaron D. Loos; Alice M. Loos*, Adv. No. 03-2402-C, came

20   before the Honorable David E. Russell on October 23, 2006 at approximately 10:30 AM for

21   hearing to determine judgment consistent with the Order of the Bankruptcy Appellate Court.

22

23      Present before the Court was Eric Farber, Counsel for Plaintiff/Creditor Stanley Ayers

24   and Defendant/Debtors Aaron Loos and Alice Loos, both in Pro Per.

25

*Ayers v. Loos, et al.*
RECEIVED                    t, E.D. of California
October 25, 2006            832-C-7
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000594897

1



Having considered the evidence, including testimony of the Plaintiffs and Aaron Loos at trial on February 5, 2004; and considering the record on file in this matter and having heard arguments by both parties with good cause shown, the Court finds as follows:

1. Defendant/Debtor Aaron Loos, has concealed, destroyed, mutilated, falsified, or failed to keep or preserve any recorded information, including books, documents, records, and papers, from which the debtor's financial condition or business transactions might be ascertained, and such actions were not justified in violation of 11 U.S.C. §727(a)(3); and,

2. Defendant/Debtor Aaron Loos has failed to explain satisfactorily, before determination of the denial of discharge any loss of assets or deficiency of assets to meet the debtor's liability in violation of 11 U.S.C.§727(a)(5).

Therefore it is Ordered that Defendant/Debtor Aaron Loos shall be denied discharge.

~~Good Cause Appearing, it is further Ordered that Plaintiff/Creditor Stanley Ayers shall take Judgment in the amount of $22,494.51 against Defendant/Debtor Aaron Loos.~~  *DR*

Defendant/Debtor Alice Loos shall be granted discharge and Plaintiff/Creditor Stanley Ayers shall take nothing against Defendant/Debtor Alice Loos.

It Is So Ordered:

Dated: NOV 17 2006 , 2006

_____
THE HON. DAVID E. RUSSELL
JUDGE OF THE BANKRUPTCY COURT

2

Ayers v. Loos, et al.
U.S. Bankruptcy Court, E.D. of California
Case Number: 03-24832-C-7
Judgment

# BANKRUPTCY APPEAL TRANSMITTAL FORM

TO: Bankruptcy Appellate Panel of the Ninth Circuit
125 S. Grand Avenue
Pasadena, CA 91105

FROM: U.S. Bankruptcy Court
Eastern District of California
District Office No. 0972

DATE: 12/07/06        DEPUTY CLERK

**FILED 12/07/06**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

BAP# EC-06-1441

RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

DEC 11 2006

FILED
DOCKETED ___ DATE ___ INITIAL

Case Name: Aaron D. Loos and Alice M. Loos

Bankruptcy No. 03-24832-C-7

Adversary No. 03-2402-C

Reference No. _____

Bankruptcy Judge: Judge Christopher M. Klein

Date Notice of Appeal Filed: 12/06/06

Date of Entry of Order Appealed From: 11/17/06

Date Bankruptcy Filed: 4/29/03

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties: 12/7/06

Filing Fee Paid? (Check One)   [ ] Yes   [✓] No   see attached Motion

Deputy Clerk   BARBARA REYNOLDS
U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814-2322
(916) 930-4400

EDC 2-850 (Rev. 1/30/06)

